**Continuing Abatement Order filed May 31, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00676-CR**
_____

**THERON OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1167769**

## CONTINUING ABATEMENT ORDER

On April 24, 2012, this court abated the appeal and directed the trial court to reduce to writing its findings of fact and conclusions of law on the voluntariness of appellant's statements. Tex. Code Crim. Proc. art. 38.22 § 6; *Urias v. State*, 155 S.W.3d 141, 142 (Tex. Crim. App. 2004); *Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987); Tex. R. App. P. 44.4. The order required that the findings of fact and conclusions of law be included in a supplemental clerk's record and filed with the clerk of this court on or before May 25, 2012.

On May 25, 2012, the trial court's findings of fact and conclusions of law were filed with this court. The document was not included in an official supplemental clerk's record, however.

Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law signed by the court on May 22, 2012, with the clerk of this court on or before **June 15, 2012.**

The appeal remains abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

It is so ORDERED.

PER CURIAM